UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONIQUE VICTOR,

                        Plaintiff,

            v.

AMERICAN AIRLINES, INC.,


                        Defendant.
----------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  MAY 1 7 2019  ★

BROOKLYN OFFICE

**ORDER**
18-CV-6463 (WFK) (LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On January 16, 2019, Magistrate Judge Lois Bloom filed a *sua sponte* Report and

Recommendation recommending dismissal of the above-captioned action pursuant to Federal

Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v). *See* ECF No. 12. The parties have not filed

any objections. The Court accordingly ADOPTS Magistrate Judge Bloom's Report and

Recommendation and hereby DISMISSES this action. The Clerk of Court is directed to close

this case.

                        **SO ORDERED.**


                                    s/WFK
                        HON. WILLIAM F. KUNTZ, II
                        United States District Judge

Dated: Brooklyn, New York
       May 15, 2019